*UNITED STATES DISTRICT COURT*
NORTHERN DISTRICT OF MISSISSIPPI

**NOTICE**

UNITED STATES OF AMERICA

V.                                              CASE NUMBER: 1:15CR92 M

WILLIAM PAUL RHODES

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| Place | Room No. |
|---|---|
| UNITED STATES FEDERAL BUILDING<br>911 JACKSON AVENUE<br>OXFORD, MISSISSIPPI | COURTROOM 3 EAST - THIRD FLOOR<br><br>**Date and Time**<br>**THURSDAY, SEPTEMBER 3, 2015, 10:30 AM** |

Type of Proceeding

**WAIVER OF INDICTMENT/ FILING OF INFORMATION/
PLEA AS TO COUNT ONE OF AN INFORMATION
BEFORE UNITED STATES DISTRICT JUDGE MICHAEL P. MILLS.**

**\*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES**

DAVID CREWS, Clerk of Court

/s/Sallie Wilkerson
(BY) Sallie Wilkerson- Courtroom Deputy

Date: July 29, 2015

To:    James Clayton Joyner    (electronic notice only)       U. S. Probation Service (electronic notice only)

         Gregory D. Keenum    (electronic notice only)       U. S. Marshal Service (electronic notice only)

**CONTACT SALLIE WILKERSON AT 662/281-3041 OR EMAIL Sallie_Wilkerson@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS .**